## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BANDY LEE, MD, MDiv,**<br><br>                              **Plaintiff,**<br>v.<br><br>**YALE UNIVERSITY,**<br><br>                              **Defendant.** | **CASE NO: 3:21-cv-00389-MPS**<br><br><br>**SEPTEMBER 17, 2021** |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

For the reasons set forth in the accompanying memorandum of law, Defendant Yale University respectfully moves the Court to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Caroline B. Park (ct29049)
WIGGIN AND DANA LLP
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
jfreiman@wiggin.com
cpark@wiggin.com

*Counsel for Defendant*

490\296\4842-0418-5083.v1