# EXHIBIT G

# Yale OFFICE OF THE PROVOST

PO Box 208333
New Haven CT 06520-8333
T 203 432-4444
F 203 432-0161
provost.yale.edu

*courier*
2 Whitney Avenue, Suite 400
New Haven CT 06510

September 8, 2020

Bandy X. Lee, M.D., M.Div.
Via E-mail: bandy.lee@yale.edu

Dear Dr. Lee:

I am writing in response to your letter of August 25, 2020, seeking to appeal your non-reappointment as a voluntary faculty member in the Department of Psychiatry. As Dean Brown explained to you in her August 21, 2020 letter, the Faculty Handbook explicitly excludes voluntary medical school faculty members from Yale's appeal procedures. While I cannot accept your appeal, I have asked Dr. Krystal to write to you and explain the reasons that the Department declined to reappoint you, which I hope will address your concern that the decision was not adequately discussed with you.

Sincerely,

Scott Strobel
Provost and Henry Ford II Professor of Molecular Biophysics and Biochemistry
and Professor of Chemistry