UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BANDY LEE, MD, MDiv, | : | |
| | : | CASE NO. 3:21-cv-00389-SALM |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, | : | |
| Defendant. | : | AUGUST 4, 2022 |

## PLAINTIFF'S MOTION TO LIFT STAY OF DISCOVERY

Plaintiff Bandy Lee hereby respectfully files this motion to lift the stay of discovery. As set forth more fully in the memorandum of law filed in support of this motion, good cause exists to lift the stay of discovery as any continued and undue delay only serves to prejudice the Plaintiff.

WHEREFORE, for the reasons set forth in this motion and supporting memorandum of law, this Court should lift the stay of discovery and permit the parties to commence discovery.[1]

PLAINTIFF,
BANDY LEE, MD, MDiv

By      /s/ Cindy M. Cieslak
    Robin B. Kallor (ct26536)
    Cindy M. Cieslak (ct29117)
    Melinda A. Powell (ct17049)
    Rose Kallor, LLP
    750 Main Street, Suite 309
    Hartford, CT 06103
    Tel #: (860) 361-7999
    Fax #: (860) 270-0710
    Email:  rkallor@rosekallor.com
    ccieslak@rosekallor.com
    mpowell@rosekallor.com

---

[1] Pursuant to D. Conn. Local Rule 37, the undersigned counsel has conferred with Defendant's counsel regarding the filing of this motion. *See* Affidavit of Cindy M. Cieslak filed herewith.

## **CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of August, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jonathan M. Freiman, Esq.
Caroline B. Park, Esq.
Wiggin and Dana LLP
265 Church Street
New Haven, CT 06508
Email: jfreiman@wiggin.com
cpark@wiggin.com

                                                      /s/ Cindy M. Cieslak
                                                      Cindy M. Cieslak