## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BANDY LEE,** | : | |
| **Plaintiff** | : | CIVIL ACTION NO. |
| | : | 3:21-cv-00389 (SALM) |
| v. | : | |
| | : | |
| **YALE UNIVERSITY,** | : | |
| **Defendant.** | : | |
| | : | **SEPTEMBER 19, 2022** |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Todd D. Steigman, is appearing as counsel of record in the above-captioned action on behalf of the Plaintiff, Bandy Lee. This appearance is in addition to all appearances currently on file.

Respectfully submitted,

By: */s/ Todd D. Steigman*
Todd D. Steigman, Esq. (ct26875)
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06103
Tel. (860) 246-2466   Fax. (860) 246-1794
tsteigman@mppjustice.com
Attorneys for the Plaintiff

CERTIFICATION OF SERVICE

      I hereby certify that on this 19th day of September, 2022, a copy of the foregoing Appearance, was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                              */s/ Todd D. Steigman*
                                              Todd D. Steigman